# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **WILLIAMS O & G RESOURCES, LLC,** | Case No. 1:25-cv-00448-JMR-KK |
| *Plaintiff*; | |
| VS. | |
| **FINLEY RESOURCES, INC.; CAVALRY RESOURCES LLC; DSD ENERGY RESOURCES, LLC; FORTRESS ENERGY DELAWARE, LLC; FEP III SIDECAR, LLC; MacARTHUR ENERGY LIMITED PARTNERSHIP; DIAMONDBACK E&P, LLC; BLUE ARROW OPERATING, LLC; and BLUE ARROW ENERGY, LLC;** | |
| *Defendants*. | |

## DEFENDANT DIAMONDBACK E&P LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Diamondback E&P LLC ("DEP") discloses the following:

1. DEP is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Texas.

2. DEP is wholly owned by its parent corporation, Diamondback Energy, Inc. Diamondback Energy, Inc. is a public company organized under the laws of the State of Delaware, with its principal place of business in Texas.

Dated: July 9, 2025

    Respectfully submitted,

    */s/ John C. Anderson*
    **HOLLAND & HART LLP**
    110 N. Guadalupe Street, Suite 1
    Santa Fe, NM 87501
    Tel: (505) 988-4421
    JCAnderson@hollandhart.com

    **ATTORNEYS FOR DEFENDANT
    DIAMONDBACK E&P LLC**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2025, a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of the Court through the CM/ECF filing system, and a true and correct copy of such filing was served on all known counsel of record, pursuant to the Federal Rules of Civil Procedure.

                                                                       */s/ John C. Anderson*

35351630