IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WILLIAMS O & G RESOURCES, LLC, | § § § | Case No. 1:25-cv-00448-JMR-KK |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| FINLEY RESOURCES, INC.; CAVALRY RESOURCES LLC; DSD ENERGY RESOURCES, LLC, FORTRESS ENERGY DELAWARE LLC; FEP III SIDECAR, LLC; MacARTHUR ENERGY LIMITED PARTNERSHIP; DIAMONDBACK E&P, LLC; BLUE ARROW OPERATING, LLC; and BLUE ARROW ENERGY, LLC; | § § § § § § § § § § § § | |
| *Defendant.* | § | |

## **BLUE ARROW DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendants Blue Arrow Operating, LLC and Blue Arrow Energy, LLC (collectively "Blue Arrow") hereby certifies that there is no parent corporation or publicly held corporation owning 10% or more of either Blue Arrow entity. The Blue Arrow entities are private limited liability companies organized under the laws of the State of Texas, with their principal places of business in Texas. Blue Arrow's members are all residents of Texas.

Respectfully submitted,

**DAVIS, GERALD & CREMER**
**A Professional Corporation**
400 W. Illinois, Suite 1400
Midland, Texas 79701
(432) 687-0011
(432) 687-1735 (Fax)

By: */s/ John A. "Jad" Davis*
     John A. "Jad" Davis
     Bar ID 25-257
     Texas State Bar No. 05511400
     jadavis@dgclaw.com

     Brooke R. Brewer
     Bar ID 25-209
     Texas State Bar No. 24142720
     brbrewer@dgclaw.com

**ATTORNEYS FOR BLUE ARROW**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on July 10, 2025, via the Court's CM/ECF System.

*/s/ /s/ John A. "Jad" Davis*
John A. "Jad" Davis